**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BEIXI HAO, | DOCKET NO.: 3:25-cv-01284-SFR |
| Plaintiff, | |
| v. | |
| EBAY INC., | AUGUST 22, 2025 |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Beixi Hao and Defendant eBay Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice with each party bearing its own attorneys' fees, costs, and expenses, and submitted to arbitration. The parties also withdraw and terminate all pending motions submitted in this action.

*/s/ Alexander T. Taubes*

Alexander T. Taubes (ct30100)
TAUBES LAW
470 James Street, Suite 007
New Haven, CT 06513
203.909.0048
alextt@gmail.com

*Attorneys for Plaintiff Beixi Hao*

*/s/ Christopher M. Wasil*

Christopher M. Wasil (ct28578)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
860.240.2700
christopher.wasil@morganlewis.com

*Attorneys for Defendant eBay Inc.*

2